IN THE MATTER OF THE ESTATE OF ALFRED G. McQUEEN,
DECEASED.

BENJAMIN J. BLANKMAN, RESPONDENT, v. J. McQUEEN,
AS ADMINISTRATOR, ETC., APPELLANT.

*Costs on the reference of a disputed claim against an estate.*

The proceedings in the case of a disputed claim against an estate, which is referred
under the provisions of the Revised Statutes, are controlled by the Revised
Statutes, as regards the allowance of costs therein, and not by the Code of Civil
Procedure.

Under the Revised Statutes the costs are represented by the disbursements, and
do not necessarily include the allowances provided for in the fee bill in actions.

APPEAL by the defendant, as administrator, from so much of an
order of the Supreme Court, entered in the office of the clerk of the
county of New York on the 27th day of June, 1890, as awarded
costs and disbursements to the plaintiff therein.

By the order in question, which was made upon the report of a
referee, in proceedings under the statute, in reference to a claim
against the estate of Alfred G. McQueen by an alleged creditor
thereof, it was ordered " that the said report of the referee herein
be, and the same is in all things, confirmed, and that judgment be
entered for the plaintiff herein for the amount found due him, and
that plaintiff recover his taxable costs and disbursements in the
proceedings before said referee."

*Allen McDonald*, for the appellant.

*D. C. Briggs*, for the respondent.

VAN BRUNT, P. J. :

In the cases of disputed claims against an estate, which are referred
under the statutes, it was held in the case of *Denise* v. *Denise* (110
N. Y., 568) that these proceedings were governed by the Revised
Statutes, and their provisions controlled the question of costs.   There-
fore, where a claimant is entitled to costs in these  proceedings, *it is*
the costs referred to in the Revised Statutes, and not costs as men-
tioned in the Code.   Costs under the Revised Statutes were the dis-
bursements, and not necessarily the allowances provided for in the
fee bill in respect to actions.   The order appealed from seems to

contemplate the allowance of costs as taxable under the Code. This was error, and the order should be modified in this respect.

The cases of *Hopkins* v. *Lott* (111 N. Y., 579) and *Hauxhurst* v. *Ritch* (119 id., 621) in no respect modify *Denise* v. *Denise*.

The order appealed from should be modified by striking therefrom the words "taxable costs," and, as modified, affirmed.

BRADY and DANIELS, JJ., concurred.

Order modified as directed in opinion, and, as modified, affirmed.